IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY R. JULES,

      Plaintiff,                              No. CIV S-07-2797 JAM EFB PS

      vs.

A. CROLEY #354, ALEKSANDR VUSIK aka ALEX, et al., GALINA VUSIK, TRINITY LIFE CHURCH,

      Defendants.                      FINDINGS AND RECOMMENDATIONS

      This case, in which plaintiff is proceeding *in propria persona*, was referred to the undersigned under Local Rule 72-302(c)(21), pursuant to 28 U.S.C. § 636(b)(1).  Plaintiff filed his complaint on December 28, 2007, but failed to pay the fee required to file an action in this court or submit an application to proceed without prepayment of fees.  *See* 28 U.S.C. §§ 1914(a), 1915(a).

      On April 9, 2008, the court granted plaintiff thirty days to file either the appropriate filing fee or an application to proceed *in forma pauperis*.  The April 9, 2008, order also screened plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2), explained the complaint's deficiencies and dismissed the complaint with leave to amend within thirty days.  The order warned plaintiff that failure to timely comply would result in a recommendation that the this action be dismissed

1  without prejudice.

2  The thirty day period has now expired, and plaintiff has not responded to the court's
3  order and has not filed the *in forma pauperis* affidavit or amended complaint required by the
4  court's April 9, 2008, order.

5  Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without
6  prejudice, and the Clerk be directed to close the case.

7  These findings and recommendations are submitted to the United States District Judge
8  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days after
9  being served with these findings and recommendations, plaintiff may file written objections with
10 the court.   Such a document should be captioned "Objections to Magistrate Judge's Findings
11 and Recommendations."  Failure to file objections within the specified time may waive the right
12 to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998);
13 *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

14 DATED:  May 28, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2