IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY R. JULES,

    Plaintiff,

vs.

A. CROLEY #354, ALEKSANDR VUSIK aka ALEX, et al., GALINA VUSIK, TRINITY LIFE CHURCH,

    Defendants.

No. CIV S-07-2797 JAM EFB PS

ORDER

On May 28, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

\\\\\

1

1       Accordingly, IT IS ORDERED that:

2       1.  The proposed Findings and Recommendations filed May 28, 2008, are

3 ADOPTED; and

4       2. This action is dismissed without prejudice; and,

5       3. The Clerk is directed to close the case.

6 DATED: 9/26/2008

8       /s/ John A. Mendez

9       UNITED STATES DISTRICT JUDGE

2